Wolf, Pennella & Stevens, LLP
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Terrell Joseph

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRELL JOSEPH,<br><br>Defendant | Case No.: CR 16-513 JST (KAW)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY HOURS OF CURFEW |

The parties hereby stipulate and agree to the following: that the hours of Mr. Joseph's curfew should be modified on Mondays through Friday to allow for Mr. Joseph to go to/from work. Mr. Joseph obtained a job at United Parcel Service warehouse in Hayward. He works Monday through Friday until 4:30 a.m. to 9:30 a.m. Pretrial recommends his curfew be modified so that he can leave at 3:00 a.m. and then return home by 7:00 p.m. His weekend hours should remain the same: 7:00 a.m. to 7:00 p.m.

Mr. Joseph has otherwise been compliant with his terms of release.

Pretrial Services Officer (Nelson Barao) has no objection to this request.

As such, the parties stipulate and agree that the terms of Mr. Joseph's pretrial release be modified to as noted above.

All other terms of pretrial release remain in full force and effect.

**SO STIPULATED**:

Dated: May 15, 2017

_____/s/_____
Adam Pennella
Counsel for Terrell Joseph

Dated: May 15, 2017

BRIAN STRETCH
UNITED STATES ATTORNEY

_____/s/_____
Marc Wolf
Assistant United States Attorney

**SO ORDERED**:

Dated: 5/15/17

_____
Honorable Donna M. Ryu
United States Magistrate Judge