Wolf, Pennella & Stevens, LLP
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Terrell Joseph

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRELL JOSEPH,<br><br>    Defendant | Case No.: CR 16-513 JST<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |

The parties hereby stipulate and agree that the sentencing hearing in this matter, currently set for January 12, 2018, be continued to February 23, 2018, the next date thereafter available for both counsel and the Court. Additional time in necessary to accommodate defense counsel's need to prepare for and obtain information necessary for the preparation of the Presentence Investigation Report process, particularly as it relates to Mr. Joseph's mental health issues.[1] Stephan Meyer, the newly assigned Assistance U.S. Attorney in this matter, does not object to this continuance. Probation Officer Malik Ricard is available on the requested date.

/ / /

/ / /

---

[1] If the Court recalls, Mr. Joseph fainted in court on August 8, 2017, was taken to the hospital, where he remained for approximately three days. Immediately thereafter, he was taken to John George on a California Welf. Inst. § 5150 hold, where he remained for at least the following week. He was unable to appear at the scheduled change of plea date of August 11, 2017, which was thereafter continued to September 29, 2017.

STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING                                    1

**SO STIPULATED**:

Dated: November 20, 2017
_____/s/_____
Adam Pennella
Counsel for Christopher Mir

Dated: November 20, 2017
ALEX G. TSE
Acting UNITED STATES ATTORNEY

_____/s/_____
Stephan Meyer
Assistant United States Attorney

## [PROPOSED] ORDER

For the reasons stated above, the Court continues the sentencing of Terrell Joseph from January 12, 2018 to February 23, 2018 at 9:30 a.m.

Dated: November 27, 2017
_____
Honorable Jon S. Tigar
United States District Court Judge