Wolf, Pennella & Stevens, LLP
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Terrell Joseph

# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRELL JOSEPH,<br><br>    Defendant | Case No.: CR 16-513 JST<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |

The parties hereby stipulate and agree that the sentencing hearing in this matter, currently set for February 23, 2018, be continued to March 9, 2018, the next date thereafter available for both counsel and the Court. Additional time in necessary to prepare for sentencing; as of today's date, the final Presentence Investigation Report has not yet been provided. Stephen Meyer, the Assistant U.S. Attorney in this matter, does not object to this continuance. Probation Officer Malik Ricard is available on the requested date.

//

**SO STIPULATED**:

Dated: February 14, 2018                                         _____/s/_____
                                                                Adam Pennella
                                                                Counsel for Terrell Joseph


Dated: February 14, 2018
                                                                ALEX G. TSE
                                                                Acting UNITED STATES ATTORNEY


                                                                _____/s/_____
                                                                Stephen Meyer
                                                                Assistant United States Attorney


# [PROPOSED] ORDER

For the reasons stated above, the Court continues the sentencing of Terrell Joseph from February 23, 2018 to March 9, 2018 at 9:30 a.m.

Dated: February 15, 2018
                                                                _____
                                                                Honorable Jon S. Tigar
                                                                United States District Court Judge