1  LAUREL HEADLEY (CA SBN 152306)
   ARGUEDAS, CASSMAN, HEADLEY & GOLDMAN LLP
2  803 Hearst Avenue
   Berkeley, California 94710
3  Telephone: (510) 845-3000
   Facsimile: (510) 845-3003
4  Email: headley@achlaw.com

5  Counsel for Defendant
   Jylyn Richardson-Green
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          Case No. CR 16-513 JST

12              Plaintiff,             STIPULATION AND [PROPOSED]
                                       ORDER CONTINUING JULY 12, 2019
13          v.                         RESTITUTION HEARING

14  JYLYN RICHARDSON-GREEN, et al.,

15              Defendant.

16
        A restitution hearing in this matter is scheduled for July 12, 2019. On July 8, 2019,
17
18  attorneys for defendants Joseph and Richardson-Green received from the government

19  information related to the valuation of firearms for the purpose of determining restitution.

20  The parties jointly request that the July 12, 2019 restitution hearing be continued to

21  August 2, 2019 in order to allow time for further investigation and discussion of matters

22  related to the valuation and determination of restitution. Therefore,

23      IT IS HEREBY STIPULATED that the July 12, 2019 restitution hearing be

24  continued to August 2, 2019 at 9:30 a.m.
25

26  DATED: July 8, 2019               _____/s/_____
                                       STEPHEN J. MEYER
27                                     ASSISTANT U.S. ATTORNEY

28
   _____
   STIPULATION AND [PROPOSED] ORDER CONTINUING JULY 12, 2019 RESTITUTION HEARING
                                    1

1   DATED: July 8, 2019               /s/

2                                      LAUREL HEADLEY
                                     Attorney for Defendant

3                                      JYLYN RICHARDSON-GREEN

4   DATED: July 8, 2019               /s/

5                                        ADAM PENNELLA
                                     Attorney for Defendant

6                                      TERRELL JOSEPH

7      GOOD CAUSE APPEARING, and based on the stipulation of the parties, IT IS

8   HEREBY ORDERED that the July 12, 2019 restitution hearing for defendants Jylyn

9   Richardson-Green and Terrell Joseph be scheduled for August 2, 2019 at 9:30 a.m.

10   DATED: July 9, 2019

11

12                           THE HONORABLE JON S. TIGAR
                          UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING JULY 12, 2019 RESTITUTION HEARING
2